UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY MEAMBER,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAVLIN ONE LCC, d/b/a JAVLIN CAPITAL LLC, | CASE NO. 2:17-cv-1628-RAJ<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 13th day of November, 2017.

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1